# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRODY WHITAKER,**

    **Plaintiff,**

v.                                            Case No. 4:17cv586-MW/CAS

**CAPT. ANTHONY DAVIS**
and
**D. JONES,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 41. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Amended Motion to Dismiss, ECF No. 31, is **GRANTED**. Plaintiff's amended complaint, ECF No. 11, is **DISMISSED** for failure to exhaust administrative remedies and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

The Clerk is directed to note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on August 1, 2019.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**